**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                                       CASE NO.: 21-10190-amc

**Ashraful M. Islam,**                                                                  CHAPTER 13
**Debtor.**
_____/

**PRAECIPE TO WITHDRAW TRANSFER OF CLAIM**

**PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Transfer of Claim; Docket Number 37 filed on June 3, 2021.**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Rd., Suite 170
    Duluth, GA  30097
    Telephone: (470) 321-7112
    By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esquire
    PA Bar Number 314532
    Email: cwohlrab@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 7, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ashraful M. Islam
407 W. Main Street #409
Lansdale, PA 19446-2007

CHARLES W. CAMPBELL
1 East Airy Street
Norristown, PA 19401

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Rd., Suite 170
    Duluth, GA  30097
    Telephone: (470) 321-7112
    By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esquire
    PA Bar Number 314532
    Email: cwohlrab@raslg.com