### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 21-10190-amc |
| | : | |
| **Debtor** | : | |

### **AMENDED ORDER**

AND NOW, this _____ day of _____2021, upon consideration of the Motion of Excel Financial Corp. ("Excel") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a) (the "Motion"), and any objection or responses to the relief requested therein, and after notice and opportunity for hearing, and good cause appearing for the relief request in the Motion, it is hereby

ORDERED, that the Motion be, and hereby is granted and Excel is hereby granted relief from the automatic stay under 11 U.S.C. §362(a) and §1301(a), to the extent applicable; and it is further

ORDERED, in accordance with the foregoing, that Excel is hereby authorized to exercise its state law rights and remedies with respect to the Main St. Premises and the Doylestown Pike Premises and any other collateral for the Loan,, including without limitation, the foreclosure and sheriff's sale of the Main St. Premises and the Doylestown Pike Premises, as more fully set forth in the Motion; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that this Order shall survive the conversion of this bankruptcy case and shall be binding upon the Debtor and any trustee presently acting or subsequently appointed in this case.

BY THE COURT:

_____
Honorable Ashely M. Chan, U.S. Bankruptcy Judge

Copies to:

Charles W. Campbell, Esquire
1 East Airy Street
Norristown, PA  19401

Leona Mogavero, Esquire
Friedman Schuman, P.C.
101 Greenwood Avenue, Suite 500
Jenkintown, PA 19046

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Dilruba Islam
1611 Clearview Road
Lansdale, PA  19446-5407

{Client Files/005696/00106/01495154.DOCX;1}