# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10190-AMC

ASHRAFUL M. ISLAM

407 W. MAIN STREET #409

LANSDALE, PA 19446

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ASHRAFUL M. ISLAM

407 W. MAIN STREET #409

LANSDALE, PA 19446

Counsel for debtor(s), by electronic notice only.

CHARLES W. CAMPBELL
1 EAST AIRY STREET

NORRISTOWN, PA 19401-

Date: 8/24/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee