# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Chapter 13

    ASHRAFUL M. ISLAM                  Bankruptcy No. 21-10190-AMC

    407 W. MAIN STREET #409

    LANSDALE, PA 19446

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ASHRAFUL M. ISLAM

    407 W. MAIN STREET #409

    LANSDALE, PA 19446

**Counsel for debtor(s), by electronic notice only.**
    CHARLES W. CAMPBELL
    1 EAST AIRY STREET

    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 8/24/2021                                                               /s/ William C. Miller

                                                                              _____
                                                                              William C. Miller, Esquire
                                                                              Chapter 13 Standing Trustee