**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Ashraful M. Islam,<br><br>    Debtor<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association<br><br>    Movant<br><br>v.<br><br>Ashraful M. Islam,<br><br>    Debtor/Respondent<br><br>WILLIAM C. MILLER, Esquire<br><br>    Trustee/Respondent | Bankruptcy No. 21-10190-amc<br><br>Chapter 13<br><br>Related Doc.: 51<br><br>Hearing Date: September 14, 2021<br>Hearing Time: 11:00a.m.<br>Location: Courtroom 4, 900 Market Street, Suite 400, Philadelphia, PA 19107 |

## CERTIFICATE OF NO RESPONSE

    The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 51, appears thereon.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Date: September 13, 2021

                              By: /s/ <u>Charles G. Wohlrab</u>
                              Charles G. Wohlrab, Esq.
                              Robertson, Anschutz, Schneid & Crane, LLC
                              PA I.D <u>314532</u>
                              10700 Abbott's Bridge Rd., Suite 170
                              Duluth, GA 30097
                              Telephone: 973-575-0707
                              Facsimile: 973-404-8886
                              Email: cwohlrab@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Ashraful M. Islam,** <br>     **Debtor** <br><br> **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** <br><br>     **Movant** <br><br> v. <br><br> **Ashraful M. Islam,** <br><br>     **Debtor/Respondent** <br><br> **WILLIAM C. MILLER, Esquire** <br><br>     **Trustee/Respondent** | **Bankruptcy No. 21-10190-amc** <br><br> **Chapter 13** <br><br> **Related Doc.: 51** <br><br> Hearing Date: September 14, 2021 <br> Hearing Time: 11:00a.m. <br> Location: Courtroom 4, 900 Market Street, Suite 400, Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE OF THE CERTIFICATE OF NO RESPONSE TO U.S. BANK'S MOTION OF RELIEF FROM THE AUTOMATIC STAY

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 13, 2021, I served copies of the Certificate Of No Response upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Ashraful M. Islam
407 W. Main Street #409
Lansdale, PA 19446-2007

Dilruba Islam
407 W. Main Street #409
Lansdale, PA 19446-2007

Charles W. Campbell
1 East Airy Street
Norristown, PA 19401

William C. Miller, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


Date: September 13, 2021

                                          By: /s/ Charles G. Wohlrab
                                          Charles G. Wohlrab, Esq.
                                          Email: cwohlrab@raslg.com