**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASHRAFUL ISLAM, Debtor                    :NO. 21-10190-amc

**ORDER**

AND NOW, this           day of                          2021, upon consideration of objection of Debtor Ashraful Islam to the claim of Excel Financial Corporation, and any answer thereto, it is ORDERED as follows:

1. The claim of Excel Financial Corporation, proof of which was filed as claim number 2 in the register, is determined to be secured only to the extent of $185,518.00. The balance of the claim is determined to be a general unsecured claim.

BY THE COURT:

_____
J.