**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASHRAFUL ISLAM, Debtor                :NO. 21-10190-amc

## CERTIFICATION OF SERVICE

I certify that true and correct copies of debtor's objection to claim of Excel Financial Corporation, claim number 2 in the Claims Register, with notice of motion and hearing date of 11/30/2021 at 11:00 a.m., and proposed order, were served upon all parties and counsel identified in the Creditor Matrix on 10/19/2021 via first-class mail or electronic means.

Date:   10/19/2021

/s/_____
Charles W. Campbell
Attorney for Debtor
1 East Airy Street
Norristown, PA   19401
Phone:   (610) 272-2400
I.D. No. 37206