**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br> **Ashraful M. Islam,** <br>          **Debtor** <br><br> **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** <br><br>          **Movant** <br><br> **v.** <br><br> **Ashraful M. Islam,** <br>          **Debtor/Respondent** <br><br> **WILLIAM C. MILLER, Esquire** <br>          **Trustee/Respondent** | **Bankruptcy No. 21-10190-amc** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this        day of              , 2021, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1611 Clearview Road, Lansdale, Pennsylvania 19446, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

Dated: October 21, 2021

Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

21-10190-amc
21-061836
MFR