United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10190-amc
Ashraful M. Islam     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 22, 2022     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ashraful M. Islam, 407 W. Main Street #409, Lansdale, PA 19446-2007 |
| cr | + | Excel Financial Corp., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Suite 500, Jenkintown, PA 19046-2636 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 22, 2022 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| CHARLES W. CAMPBELL | on behalf of Debtor Ashraful M. Islam cwcampbell3@gmail.com Campbelldoc301@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEONA MOGAVERO | on behalf of Creditor Excel Financial Corp. lmogavero@fsalaw.com mprimavera@fsalaw.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FV-I inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**ASHRAFUL M. ISLAM,**<br><br>Debtor. | :<br>:<br>: **CHAPTER 13**<br>:<br>: **BANKRUPTCY NO. 21-10190-AMC**<br>:<br>: |

### STIPULATION AND AGREED ORDER GRANTING MONTGOMERY COUNTY TAX CLAIM BUREAU RELIEF FROM AUTOMATIC STAY

This Stipulation and Agreed Order (the "Stipulated Order") entered into this 14th day of March, 2022 is made between Montgomery County Tax Claim Bureau ("MCTCB") and Ashraful M. Islam (the "Debtor"). In relation thereto, MCTCB and the Debtor (collectively referred to as the "Parties") stipulate and request the entry of this Stipulated Order as an Order of this Court and represent as follows:

WHEREAS, debtor's instant bankruptcy case was commenced on January 6, 2021 (the "Petition Date"; and

WHEREAS, on or about September 24, 2020, prior to the Petition Date, the Debtor's property located at 404 Doylestown Pike, Montgomeryville, PA, Parcel No. 46-00-00811-00-7 (the "Property") was sold at Upset Sale by MCTCB in order to satisfy unpaid property taxes on the Property for the years 2018, 2019 and 2020; and

WHEREAS, on or about November 16, 2020, the Debtor filed a Petition to Set Aside the Tax Sale in the Court of Common Pleas of Montgomery County captioned <u>Ashraful Islam v. Montgomery County Tax Claim Bureau</u> and indexed at case number 2020-19237 (the "State Court Action"); and

4862-9555-3045 v1

WHEREAS, as of the Petition Date, the automatic stay imposed by the filing of this bankruptcy case operated to stay the State Court Action; and

WHEREAS, on June 16, 2021, MCTCB filed the following secured proofs of claim in the Debtor's bankruptcy case (i) in the amount of $14,041.44 [Claim No. 4-1] for property taxes on the Debtor's real property located at 409 W. Main Street, Lansdale, PA 19446 covering the years 2019 through 2020 including interest accruing at a statutory rate of nine percent (9%) per annum; and (ii) in the amount of $10,178.62 [Claim No. 5-1] for property taxes on the Property covering the years 2018 through 2020 including interest accruing at a statutory rate of nine percent (9%) per annum; and

WHEREAS, debtor Ashraful Islam and creditor Montgomery County Tax Claim Bureau are desirous of litigating the State Court Action now, notwithstanding the automatic stay; and

**NOW, THEREFORE, THE PARTIES HERETO, INTENDING TO BE LEGALLY BOUND, HEREBY STIPULATE, AGREE AND REQUEST A COURT ORDER AS FOLLOWS:**

1. MCTCB and the Debtor are hereby granted relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) for the limited purpose of permitting the Parties to litigate the State Court Action.

2. Except as set forth above, the Parties retain all of their rights and remedies and preserve all defenses.

3. The Parties hereto each represent and warrant that they have not sold, assigned, transferred, conveyed or otherwise disposed of any claim, demand or cause of action relating to any matter covered herein.

4862-9555-3045 v1

4. This Stipulated Order and the Order Granting Relief shall be binding upon and inure to the benefit of the Parties hereto and their heirs, executors, administrators, predecessors, trustees, successors and assigns.

5. The Parties agree that this Stipulated Order shall be governed by the Bankruptcy Code and the laws of the Commonwealth of Pennsylvania.

6. This Stipulated Order may be executed in one or more counterparts, each of which shall be deemed an original for all purposes, and all of which taken together shall constitute one and the same instrument. The delivery of a telecopy, PDF or facsimile signature by any Party hereto shall have same legally binding effect as the delivery of an original signature.

/s/ MICHAEL VAGNONI
MICHAEL VAGNONI
Attorney for Montgomery County Tax
Claim Bureau

/s/ CHARLES W. CAMPBELL
CHARLES W. CAMPBELL
Attorney for Debtor

**AND NOW**, this _____ day of _____, 2022, this Stipulated Order is hereby approved and entered as an Order by the Bankruptcy Court.

**Date: March 22, 2022**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

4862-9555-3045 v1