UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ASHRAFUL M. ISLAM, | ) | |
| | ) | Case No. 21-10190-amc |
| Debtor. | ) | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced Chapter 13 bankruptcy case.

Respectfully submitted,

/s/ *Charles W. Cambell*
Charles W. Campbell
1 East Airy Street
Norristown, PA 19401
(610) 272-2400
cwcampbell3@gmail.com

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

Respectfully submitted,

/s/ *Mark A. Cronin*
Mark A. Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(484) 266-0832
philalaw@aol.com
Attorney for Debtor