# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 21-10190-amc |
| | : | |
| **Debtor** | : | |

## ORDER

AND NOW, this ____ day of _____ 2022, upon consideration of the Certification of Excel Financial Corp. ("Excel") of the Debtor's Default under the Stipulated Order dated March 2, 2022, it is hereby

ORDERED, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that Excel is hereby granted relief from the automatic stay; and it is further

ORDERED, in accordance with the foregoing, that Excel is hereby authorized to exercise its rights and remedies under the Loan Documents, including without limitation the enforcement of Excel's rights in the Main St. Premises and Doylestown Pike Premises and the sheriff's sale of the Main St. Premises and Doylestown Pike Premises, as more fully set forth in the Stipulated Order; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that this Order shall survive the conversion of this bankruptcy case and shall be binding upon the Debtor and any trustee presently acting or subsequently appointed in this case.

BY THE COURT:

_____
Ashely M. Chan, United States Bankruptcy Judge

**Date: April 5, 2022**

{Client Files/005696/00106/01557270.DOCX;1}