**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ASHRAFUL M. ISLAM, | ) | |
| | ) | Case No. 21-10190-amc |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW DOCUMENT

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

KINDLY WITHDRAW the Debtor's Motion for Contempt (Document #105) filed on March 29, 2022 in the above-captioned bankruptcy case.

By:  */s/Mark A. Cronin*_____
Mark A. Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(484) 266-0832
PhilaLaw@aol.com

DATED: April 7, 2022                                Counsel for Debtor