UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )       Chapter 13
                                    )
ASHRAFUL M. ISLAM,                  )
                                    )       Case No. 21-10190-amc
            Debtor.                 )

# ORDER

AND NOW, upon consideration of Debtor's Motion to Voluntarily Dismiss this Chapter

13 case under 11 U.S.C. § 1307(b), it is hereby

**ORDERED** that the Debtor's petition under Chapter 13 is hereby **DISMISSED**.

BY THE COURT:

_____

DATED:_____

**Date: April 18, 2022**

Ashely M. Chan
United States Bankruptcy Judge