United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-10190-amc
Ashraful M. Islam  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 18, 2022  Form ID: pdf900  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ashraful M. Islam, 407 W. Main Street #409, Lansdale, PA 19446-2007 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| 14578732 | | County of Montgomery, Courthouse, Norristown, PA 19404 |
| 14580268 | + | Excel Financial Corp., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Suite 500, Jenkintown, PA 19046-2636 |
| 14578728 | + | Excel Financial Corporation, 455 Pennsylvania Ave, Fort Washington, PA 19034-3405 |
| 14587394 | + | FV-I, inc. in trust for Morgan Stanley Mortgage Ca, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14578735 | + | James F. Gallagher, Jr., Esq., 360 West Main Street, Trappe, PA 19426-1942 |
| 14578734 | + | Jeffrey Gruber, 292 Main Street, Harleysville, PA 19438-2416 |
| 14599700 | + | Jeffrey Gruber, c/o James F. Gallagher, Jr., King Laird, P.C., 360 W. Main Street, Trappe, PA 19426-1942 |
| 14599448 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Phladelphia, PA 19102-2100 |
| 14578731 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz, Norristown, PA 19401-4853 |
| 14578730 | | North Penn Water Authority, P.O. Box 1569, Lansdale, PA 19446 |
| 14578729 | | Ron L. Woodman, Esq., 101 Greenwood Ave, 5th Fl, Jenkintown, PA 19046-2636 |
| 14618212 | + | Wilmington Savings Fund Society, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14615898 | + | Wilmington Savings Fund Society, FSB, c/o Charles Wohlrab,Esquire, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14588858 | | Email/Text: mtgbk@shellpointmtg.com | Apr 18 2022 23:44:00 | FV-I, Inc. Trustee (See 410), c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14613155 | + | Email/Text: bkteam@selenefinance.com | Apr 18 2022 23:44:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14578736 | | Email/Text: mtgbk@shellpointmtg.com | Apr 18 2022 23:44:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 21 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Excel Financial Corp., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Suite 500, Jenkintown, PA 19046-2636 |
| 14578733 | ##+ | Upper Gwynedd Township, Box 1 Parkside Place, West Point, PA 19486-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEONA MOGAVERO | on behalf of Creditor Excel Financial Corp. lmogavero@fsalaw.com mprimavera@fsalaw.com |
| MARK A. CRONIN | on behalf of Debtor Ashraful M. Islam PhilaLaw@aol.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FV-I inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ASHRAFUL M. ISLAM, | ) | |
| | ) | Case No. 21-10190-amc |
| Debtor. | ) | |

# ORDER

AND NOW, upon consideration of Debtor's Motion to Voluntarily Dismiss this Chapter 13 case under 11 U.S.C. § 1307(b), it is hereby

**ORDERED** that the Debtor's petition under Chapter 13 is hereby **DISMISSED**.

BY THE COURT:

DATED:_____    _____
**Date: April 18, 2022**         Ashely M. Chan
United States Bankruptcy Judge